### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE<br><br>PLAINTIFF(S)<br>v.<br><br>MAXIM, INC., ET AL.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 22-5289 CAS<br><br>**ORDER RETURNING CASE<br>FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 21-01.


August 15, 2022                                    *Christina A. Snyder*
Date                                               United States District Judge


### NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge   Maame Ewusi-Mensah Frimpong   for all further proceedings. On all documents subsequently filed in this case, please substitute the initials   MEMF   after the case number in place of the initials of the prior judge so that the case number will read   2:22-cv-5289 MEMF-PDx  . This is very important because documents are routed to the assigned judge by means of the initials.


cc:   ☐ Previous Judge     ☐ Statistics Clerk

CV-89 (03/21)                          ORDER RETURNING CASE FOR REASSIGNMENT