1  William Hays Weissman, Bar No. 178976
   wweissman@littler.com
2  Michael W. Nelson, Bar No. 287213
   mwnelson@littler.com
3  LITTLER MENDELSON, P.C.
   Treat Towers
4  1255 Treat Boulevard
   Suite 600
5  Walnut Creek, California 94597
   Telephone:   925.932.2468
6  Fax No.:     925.946.9809

7  Attorneys for Defendant
   MAXIM, INC., MAXIM MEDIA, INC. AND BIGLARI
8  HOLDINGS

9

                    UNITED STATE DISTRICT COURT
10
                    CENTRAL DISTRICT OF CALIFORNIA
11

12
   JANE DOE, an Individual,                   Case No.  2:22-cv-05289-AS
13
                    Plaintiff,                **NOTICE OF WITHDRAWAL OF**
14                                            **DOCKET ENTRY (DE) 6**
         v.
15
   MAXIM, INC.; MAXIM MEDIA, INC.; Tl
16 ADVERTISING LLC; BIGLARI HOLDINGS
   INC.; THOMAS HERD, individually; and
17 DIMETRI HOGAN, individually:,

18               Defendant.

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

4890-0549-8158.1 / 117062-1001

NOTICE OF WITHDRAWAL OF DOCKET ENTRY (DE) 6

**TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants MAXIM, INC., MAXIM MEDIA, INC. AND BIGLARI HOLDINGS hereby withdraw the following pleadings that were filed on August 5, 2022: Notice of Defendant Waste Connections US, INC,'S Motion to Dismiss or in the Alternative, Motion for a Discretionary Stay, Pursuant to the First-to-File Rule (Docket 6).  This pleading was erroneously filed in this above captioned case.

Dated: August 17, 2022

LITTLER MENDELSON, P.C.

_[signature]_

William Hays Weissman
Michael W. Nelson

Attorneys for Defendant
Maxim, Inc., Maxim Media, Inc. and Biglari Holdings Inc.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

4890-0549-8158.1 / 117062-1001

2

NOTICE OF WITHDRAWAL OF DOCKET ENTRY (DE) 6

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 333 Bush Street, 34th Floor, San Francisco, CA 94104. On August 17, 2022, I served the within document(s):

**NOTICE OF WITHDRAWAL OF DOCKET ENTRY (DE) 6**

☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 925.946.9809. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses on the attached service list on the dates and at the times stated thereon. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is gcamacho@littler.com.

DEREK SMITH LAW GROUP, LLP
Matt E.O. Finkelberg, (SBN 329503)
633 West 5th Street, Suite 3250
Los Angeles, CA 90071
Telephone: (310) 602-6050
Facsimile: (310) 602-6350
Email: matt@dereksmithlaw.com

*Attorneys for Plaintiff JANE DOE*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

4890-0549-8158.1 / 117062-1001

3

NOTICE OF WITHDRAWAL OF DOCKET ENTRY (DE) 6

would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on August 17, 2022, at Clayton, California.

*/s/ Maria R. Flores*
Maria R. Flores

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

4890-0549-8158.1 / 117062-1001

4

NOTICE OF WITHDRAWAL OF DOCKET ENTRY (DE) 6