William Hays Weissman, Bar No. 178976
wweissman@littler.com
Michael W. Nelson, Bar No. 287213
mwnelson@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Fax No.:    925.946.9809

Attorneys for Defendants
MAXIM, INC., MAXIM MEDIA, INC. AND
BIGLARI HOLDINGS

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an Individual, | Case No. 2:22-cv-05289-MEMF-PD |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | Judge: Hon. Maame Ewusi-Mensah Frimpong |
| MAXIM, INC.; MAXIM MEDIA, INC.; Tl ADVERTISING LLC; BIGLARI HOLDINGS INC.; THOMAS HERD, individually; and DIMETRI HOGAN, individually, | |
| Defendants. | |

4886-2702-8665.1 / 117062-1001

1  The parties to this action, acting through counsel, and pursuant to Federal Rule
2  of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of
3  this action, including all claims and counterclaims, stated herein against Defendants
4  MAXIM, INC.; MAXIM MEDIA, INC.; Tl ADVERTISING LLC; BIGLARI
5  HOLDINGS INC. with each party to bear its own attorney's fees and costs.

8  Dated:     May 14, 2024        LITTLER MENDELSON, P.C.

                                  William Hays Weissman
                                  Michael W. Nelson

                                  Attorneys for Defendants
                                  Maxim, Inc., Maxim Media, Inc. and
                                  Biglari Holdings

14 Dated:     May 14, 2024        DEREK SMITH LAW GROUP, LLP

                                  */s/ Matt E.O. Finkelberg*
                                  Matt E.O. Finkelberg

                                  Attorneys for Plaintiff Jane Doe

4886-2702-8665.1 / 117062-1001

|     |     |
| --- | --- |
| 1   |     |
| 2   | Pursuant to Local Rule 5-4.3.4(a)(2), I, Michael W. Nelson, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. |

Pursuant to Local Rule 5-4.3.4(a)(2), I, Michael W. Nelson, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:　　May 14, 2024　　　　　　　　LITTLER MENDELSON, P.C.

　　　　　　　　　　　　　　　　　　　　*/s/ Michael W. Nelson*
　　　　　　　　　　　　　　　　　　　　Michael W. Nelson

4886-2702-8665.1 / 117062-1001