UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:22-cv-05289-MEMF-PD                                   Date: September 12, 2024

Title  *Jane Doe v. Maxim, Inc. et al*

---

Present: The Honorable:  Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  Order to Show Cause for Failure to Diligently Prosecute and Order Staying Action**

Plaintiff brought suit against the following Defendants: Maxim, Inc.; Maxim Media, Inc.; T1 Advertising LLC; Biglari Holdings Inc.; Thomas Herd; and Dimetri Hogan. *See* ECF No. 1. Plaintiff has now settled her claims against Maxim, Inc.; Maxim Media, Inc.; T1 Advertising LLC; Biglari Holdings Inc., leaving only claims against Thomas Herd; and Dimetri Hogan. *See* ECF No. 45.

There is no indication on the docket that Plaintiff ever served Thomas Herd or Dimetri Hogan with process. It is the responsibility of Plaintiff to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, Plaintiff must also pursue Rule 55 remedies promptly upon default of any defendant.

The Court hereby ORDERS Plaintiff to show cause in writing, no later than 14 days from the date of this Order, why this action should not be dismissed for lack of prosecution as to remaining Defendants Thomas Herd and Dimetri Hogan. As an alternative to a written response by plaintiff(s), the Court will accept: Plaintiff's Proofs of Service on Thomas Herd and Dimetri Hogan. Failure to respond may result in dismissal of the case without further warning. No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a response on or before the date upon which a response by plaintiff(s) is due.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   2:22-cv-05289-MEMF-PD                                        Date: September 11, 2024

Title   *Jane Doe v. Maxim, Inc. et al*

The Court further ORDERS that the action shall be STAYED pending a response to this Order. The Final Pretrial Conference (set for October 2, 2024) and Trial (set for October 18, 2024) are VACATED pending a further order.

|  | : |
|---|---|
| **Initials of Preparer** | DBE |